**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 13-cv-01524 (PJS/JJK)**

| | |
|---|---|
| Stafon Edward Thompson,<br>             Petitioner,<br>vs.<br><br>Tom Roy, Commissioner of<br>Corrections,<br>             Respondent. | **STATE'S ANSWER TO<br>PETITION FOR<br>WRIT OF HABEAS CORPUS** |

TO:   THE HONORABLE JEFFREY J. KEYES, UNITED STATES MAGISTRATE JUDGE.

Respondent respectfully moves this Court to deny Petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 because the sole legal claim is not cognizable of federal habeas corpus relief. The State also asserts an evidentiary hearing is unnecessary.

The supporting reasons for this response are set forth in the attached Memorandum.

DATED: August 1, 2013                     Respectfully submitted,

                                          LORI SWANSON
                                          Minnesota Attorney General
                                          445 Minnesota Street
                                          St. Paul, MN  55101-2134

                                          MICHAEL O. FREEMAN
                                          Hennepin County Attorney

                                          *s/ J. Michael Richardson*
                                          By:  J. Michael Richardson (#91388)
                                          Assistant County Attorney
                                          C-2000 Government Center

300 South Sixth Street
Minneapolis, MN 55487
Telephone:  (612) 348-5988
Fax: (612) 348-6028
Email: mike.richardson@co.hennepin.mn.us
ATTORNEYS FOR RESPONDENT