UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 13-cv-01524 (PJS/JJK)

---

Stafon Edward Thompson,

                Petitioner,

vs.

Tom Roy, Commissioner of Corrections,

                Respondent.

---

**CERTIFICATION OF COMPLIANCE**

---

      I hereby certify that these Objections to Report and Recommendation conforms to the requirements of Local Rule 72.2 (c). The length of these Objections is 1,546 words and was prepared using Microsoft Word 2010, Times New Roman font size 13. The word processing program has been applied specifically to include all text, including headings, footnotes and quotations.

Dated: January 3, 2014        /S/ Bridget Kearns Sabo

                                      Bridget Kearns Sabo
                                      Attorney Number: 320870
                                      Assistant State Public Defender
                                      Office of the Minnesota Appellate Public Defender
                                      540 Fairview Avenue North, Suite 300
                                      St. Paul, MN 55104
                                      Telephone: 651-201-6722
                                      Fax: 651-643-2148
                                      Email: bridget.sabo@pubdef.state.mn.us
                                      ATTORNEY FOR PETITIONER