# UNITED STATES DISTRICT COURT
**District of Minnesota**

Richard D. Sletten, Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

## TRANSMITTAL OF APPEAL

**Date:** April 3, 2014

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** L. Brennan, Deputy Clerk

**In Re:** District Court Case No.:   13-cv-01524-PJS-JJK
Eighth Circuit Case No.:
Case Title:   Thompson v. Roy

---

The statutory filing fee has:

\_\_\_\_ been paid, receipt # .
__X__ not been paid as of 4/3/14.    IFP \_\_\_\_ is __X__ is not   pending.
\_\_\_\_ been waived because:
         \_\_\_\_ Application for IFP Granted       \_\_\_\_ USA filed appeal

Length of Trial:   N/A days

Was a court reporter utilized?                           \_\_\_\_ Yes   __X__ No

\_\_\_\_ Original file(s), consisting of   _____ file(s) and   \_\_\_\_ expandable(s)

\_\_\_\_ Transcript(s):      **Volume**      **Date**      **Proceeding**