# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 08, 2014

Ms. Bridget Sabo
MINNESOTA PUBLIC DEFENDER'S OFFICE
300
540 Fairview Avenue, N.
Saint Paul, MN  55104

      RE:  14-1821  Stafon Thompson v. Tom Roy

Dear Ms. Sabo:

      The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The district court has informed us that the $505 docketing and filing fees have not been paid in this case.  They also provided us with a copy of your letter to them dated April 3, 2014 wherein you indicate you will be filing a motion for informa pauperis status.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

            media.ca8.uscourts.gov/newcoa/notes/redactgov-ever.pdf
            media.ca8.uscourts.gov/newcoa/forms/brchk.pdf
            media.ca8.uscourts.gov/newcoa/forms/record.pdf

      If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CYZ

Enclosure(s)

cc:     Ms. Jean Burdorf
        Mr. J. Michael Richardson
        Mr. Richard Sletten
        Mr. Stafon Edward Thompson

        District Court/Agency Case Number(s):   0:13-cv-01524-PJS

**Caption For Case Number:   14-1821**

Stafon Edward Thompson

       Petitioner - Appellant

v.

Tom Roy, Commissioner of Corrections

       Respondent - Appellee

**Addresses For Case Participants:   14-1821**

Ms. Bridget Sabo
MINNESOTA PUBLIC DEFENDER'S OFFICE
300
540 Fairview Avenue, N.
Saint Paul, MN  55104

Ms. Jean Burdorf
HENNEPIN COUNTY ATTORNEY'S OFFICE
Government Center
300 S. Sixth Street
Minneapolis, MN  55487-0000

Mr. J. Michael Richardson
HENNEPIN COUNTY ATTORNEY'S OFFICE
Suite C-2000
Government Center
300 S. Sixth Street
Minneapolis, MN  55487-0000

Mr. Richard Sletten
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Stafon Edward Thompson
MINNESOTA DEPARTMENT OF CORRECTIONS
228920
970 Pickett Street, N.
Bayport, MN  55003-1490