UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stafon Edward Thompson, | Case No. 13-cv-1524 (PJS/HB) |
| Petitioner, | |
| v. | **ORDER** |
| Tom Roy, Minnesota Commissioner of Corrections, | |
| Respondent. | |

Benjamin J. Butler, Office of the Minnesota Appellate Public Defender, 540 Fairview Avenue North, Suite 300, St. Paul, MN 55104, for Petitioner

J. Michael Richardson and Jean E. Burdorf, Hennepin County Attorney's Office, 300 South 6th Street, Suite C-2000, Minneapolis, MN, for Respondent

PATRICK J. SCHILTZ, United States District Judge

This matter comes before the Court on the Report and Recommendation ("R&R") dated November 23, 2016, of United States Magistrate Judge Hildy Bowbeer.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record and will adopt the R&R in its entirety.  Accordingly, Stafon Edward Thompson's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus [Doc. No. 1] is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The "without possibility of release" provision of Petitioner's life sentences are **VACATED** in accordance with *Miller v. Alabama*, 132 S. Ct. 2455, 2460 (2012), and *Montgomery v. Louisiana*, 136 S. Ct. 718, 725 (2016);

2. Petitioner's case is **REMANDED** to the Hennepin County District Court for resentencing; and

3. The petition is denied in all other respects.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/14/16                                          *s/Patrick J. Schiltz*
                                                         PATRICK J. SCHILTZ
                                                         United States District Judge